# Exhibit D.1

U.S. Department of Homeland Security
Washington, DC 20528



*Privacy Office, Mail Stop 0655*

April 5, 2018

**SENT VIA E-MAIL TO:** KShepherd@immcouncil.org

Katie Shepherd
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005

Re: **2018-HQFO-00835**

Dear Ms. Shepherd:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated April 03, 2018, and to your request for a waiver of all assessable FOIA fees.  Our office received your request on April 04, 2018.  Specifically, you requested 1.records regarding the past or planned implementation and use of any electronic system, including Sigma and E3, to track instances in which at least one child is separated from at least one adult family member while in the custody of CBP. Records should include all data fields contained in the tracking system, such as: (a) Unique identifier; (b) Event area of responsibility; (c) Title of officer who apprehended or encountered individual; (d) Title of officer who referred non-citizen adult for criminal prosecution, if applicable; (e) Citizenship country; (f) Case status for adult/child; (g) Whether family relationship is verified, and by what means; 2. records related to any past, current, or planned policy, guidance, or recommendation regarding the separation of families who arrive at the border, particularly the U.S.-Mexico border, including ports of entry; 3. records related to past or planned training of DHS personnel regarding screening of adult family members for referral for criminal prosecution for immigration violations; 4.records related to past or planned training of DHS personnel regarding treatment of adult family members and minor children in ICE or CBP custody who have been separated from adult family members while in ICE or CBP custody; 5.records related to DHS's practices or protocols for coordinating the location of, and
communication (telephonic, video, or in-person) between, an adult family member and a minor child, following separation of the adult family member from the child while in CBP or ICE custody; 6. records related to coordination among CBP, ICE, and DHS regarding the processing and handling of the separation of adult family members from minor children; 7. records related to coordination between DHS and HHS regarding the separation of
adult family members from minor children, including the separate sheltering of those minor children; 8.records related to coordination between DHS and DOJ regarding the criminal prosecution of any such families or noncitizen parents; 9. records related to DHS's practices or protocols for verifying a family relationship prior and subsequent to separation of an adult family

member and a minor child, including the use of DNA testing; 10. records related to DHS's practices or protocols outlining the process that must be followed and the evidentiary standard that must be met prior to the separation of an adult
family member from a minor child on the basis of an allegation or suspicion that the family relationship is not bona fide; 11. All records containing the following data, broken down by month where possible: a. The number of minor children separated from an adult family member by DHS
personnel while in CBP or ICE custody; b. The number of minor children separated from a legal guardian or at least one
parent by DHS personnel while in CBP or ICE custody; c. Where at least one child is separated from at least one accompanying adult family
member while in CBP or ICE custody, the number of instances in which adult family members were referred by CBP or ICE for criminal prosecution; d. Of the total number of adult family members separated from a minor child while in CBP or ICE custody, the number of convictions entered for the adult family members for "smuggling" under 8 U.S.C. Sec. 1324, "illegal entry" under 8 U.S.C. Sec. 1325, "illegal reentry" under 8 U.S.C. Sec. 1326, or other federal charges (broken down by statute of conviction); e. Of the total number of adult family members who were convicted for an immigration violation,  including "smuggling," etc;

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, the Department processes FOIA requests according to their order of receipt.  Although DHS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances under 6 C.F.R. Part 5 § 5.5(c). As your request seeks documents that will require a thorough and wide-ranging search, DHS will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 § 5.5(c).  If you would like to narrow the scope of your request, please contact our office.  We will make every effort to comply with your request in a timely manner.

You have requested a fee waiver.  The DHS FOIA regulations at 6 C.F.R. Part 5 § 5.11(k) set forth six factors DHS must evaluate to determine whether the applicable legal standard for a fee waiver has been met:  (1) Whether the subject of the requested records concerns "the operations or activities of the government," (2) Whether the disclosure is "likely to contribute" to an understanding of government operations or activities, (3) Whether disclosure of the requested information will contribute to the understanding of the public at large, as opposed to the individual understanding of the requester or a narrow segment of interested persons, (4) Whether the contribution to public understanding of government operations or activities will be "significant," (5) Whether the requester has a commercial interest that would be furthered by the requested disclosure, and (6) Whether the magnitude of any identified commercial interest to the requester is sufficiently large in comparison with the public interest in disclosure, that disclosure is primarily in the commercial interest of the requester.

Upon review of the subject matter of your request, and an evaluation of the six factors identified above, DHS has determined that it will conditionally grant your request for a fee waiver.  The fee waiver determination will be based upon a sampling of the responsive documents received from the various DHS program offices as a result of the searches conducted in response to your FOIA

request. DHS will, pursuant to DHS FOIA regulations applicable to non-commercial requesters, provide two hours of search time and process the first 100 pages at no charge to you. If upon review of these documents, DHS determines that the disclosure of the information contained in those documents does not meet the factors permitting DHS to waive the fees, then DHS will at that time either deny your request for a fee waiver entirely, or will allow for a percentage reduction in the amount of the fees corresponding to the amount of relevant material found that meets the factors allowing for a fee waiver. In either case, DHS will promptly notify you of its final decision regarding your request for a fee waiver and provide you with the responsive records as required by applicable law.

In the event that your fee waiver is denied, and you determine that you still want the records, provisions of the FOIA allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS FOIA regulations as they apply to non-commercial requesters. As a non-commercial requester you will be charged for any search time and duplication beyond the free two hours and 100 pages mentioned in the previous paragraph. You will be charged 10 cents per page for duplication and search time at the per quarter-hour rate ($4.00 for clerical personnel, $7.00 for professional personnel, $10.25 for managerial personnel) of the searcher. In the event that your fee waiver is denied, we will construe the submission of your request as an agreement to pay up to $25.00. This office will contact you before accruing any additional fees.

We have queried the appropriate component(s) of DHS for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the analysts in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

Your request has been assigned reference number **2018-HQFO-00835**. Please refer to this identifier in any future correspondence. The status of your FOIA request is now available online and can be accessed at: https://www.dhs.gov/foia-status, by using this FOIA request number. Status information is updated daily. Alternatively, you can download the DHS eFOIA Mobile App, the free app is available for all Apple and Android devices. With the DHS eFOIA Mobile App, you can submit FOIA requests or check the status of requests, access all of the content on the FOIA website, and receive updates anyplace, anytime.

If you have any questions, or would like to discuss this matter, please feel free to contact this office at 1-866-431-0486 or 202-343-1743.

                                                    Sincerely,
                                                    Maura Busch

                                                    Maura Busch
                                                    Government Information Specialist