# Exhibit D.2

U.S. Department of Homeland Security
Washington, D.C. 20528



*Privacy Office, Mail Stop 0655*

April 5, 2018

Katie Shepherd
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005

Re: **2018-HQFO-00835**

Dear Ms.Shepherd:

This letters acknowledges receipt of [**OR**… This is in further response to] your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Privacy Office, dated April 03, 2018, and received in this office on April 04, 2018.  You requested documents regarding 1.records regarding the past or planned implementation and use of any electronic system, including Sigma and E3, to track instances in which at least one child is separated from at least one adult family member while in the custody of CBP. Records should include all data fields contained in the tracking system, such as: (a) Unique identifier; (b) Event area of responsibility; (c) Title of officer who apprehended or encountered individual; (d) Title of officer who referred non-citizen adult for criminal prosecution, if applicable; (e) Citizenship country; (f) Case status for adult/child; (g) Whether family relationship is verified, and by what means; 2. records related to any past, current, or planned policy, guidance, or recommendation regarding the separation of families who arrive at the border, particularly the U.S.-Mexico border, including ports of entry; 3. records related to past or planned training of DHS personnel regarding screening of adult family members for referral for criminal prosecution for immigration violations; 4.records related to past or planned training of DHS personnel regarding treatment of adult family members and minor children in ICE or CBP custody who have been separated from adult family members while in ICE or CBP custody; 5.records related to DHS's practices or protocols for coordinating the location of, and
communication (telephonic, video, or in-person) between, an adult family member and a minor child, following separation of the adult family member from the child while in CBP or ICE custody; 6. records related to coordination among CBP, ICE, and DHS regarding the processing and handling of the separation of adult family members from minor children; 7. records related to coordination between DHS and HHS regarding the separation of
adult family members from minor children, including the separate sheltering of those minor children; 8.records related to coordination between DHS and DOJ regarding the criminal prosecution of any such families or noncitizen parents; 9. records related to DHS's practices or protocols for verifying a family relationship prior and subsequent to separation of an adult family member and a minor child, including the use of DNA testing; 10. records related to DHS's

practices or protocols outlining the process that must be followed and the evidentiary standard that must be met prior to the separation of an adult
family member from a minor child on the basis of an allegation or suspicion that the family relationship is not bona fide; 11. All records containing the following data, broken down by month where possible: a. The number of minor children separated from an adult family member by DHS
personnel while in CBP or ICE custody; b. The number of minor children separated from a legal guardian or at least one
parent by DHS personnel while in CBP or ICE custody; c. Where at least one child is separated from at least one accompanying adult family
member while in CBP or ICE custody, the number of instances in which adult family members were referred by CBP or ICE for criminal prosecution; d. Of the total number of adult family members separated from a minor child while in CBP or ICE custody, the number of convictions entered for the adult family members for "smuggling" under 8 U.S.C. Sec. 1324, "illegal entry" under 8 U.S.C. Sec. 1325, "illegal reentry" under 8 U.S.C. Sec. 1326, or other federal charges (broken down by statute of conviction); e. Of the total number of adult family members who were convicted for an immigration violation,  including "smuggling," etc;.

Due to the subject matter of your request, I am transferring this request to the FOIA Officer for United States Immigration & Customs Enforcement (ICE) &U. S. Customs & Border Protection (CBP), Jill Eggleston and Sabrina Burroughs, U.S. Department of Homeland Security, Washington, D.C. 20528, for processing under the FOIA and direct response to you.  You may find their offices contact information below:

U.S. Citizenship & Immigration Services (USCIS)
Freedom of Information Act Office
500 12th Street, SW, Stop 5009
Washington, D.C. 20536-5009
FOIA Officer: Catrina Pavlik-Keenan
FOIA Requester Service Center Contact: Fernando Pineiro
Phone: 866-633-1182
Fax: 202-732-4265
E-mail: ice-foia@dhs.gov
ICE Website


U. S. Customs & Border Protection (CBP)
FOIA Officer
1300 Pennsylvania Avenue, NW, Room 3.3D
Washington, D.C. 20229
FOIA Officer/Public Liaison: Sabrina Burroughs
Phone: 202-325-0150
CBP Website

We are also going to be processing your request in our office, the DHS Privacy Office.

If you need to contact our office again about this matter, please refer to **2018-HQFO-00835**. You may contact this office at 1-866-431-0486 or 202-343-1743.

Sincerely,

Maura Busch

Maura Busch
Government Information Specialist