# Exhibit E.1

# RE: FOIA Request | Follow Up | DHS-ICE

ICE-FOIA <ICE-FOIA@ice.dhs.gov>

Wed 5/9/2018 12:53 PM

To: Katie Shepherd <KShepherd@immcouncil.org>;

Good afternoon Ms. Shepherd,

Please be advised that ICE is in fact in receipt of this request. It was input on April 17, 2018 and assigned tracking number 2018-ICFO-29513. The acknowledgment letter was sent to: KShepherd@immcouncil.org on the same date. I have resent the letter today. The request has been tasked to the appropriate agencies within ICE to conduct searches for any potentially responsive records. Due to the scope of the request, it may take longer than the required 20/30 to locate/process/review any records received. Apologies for any inconveniences this may cause.

Sincerely,
ICE/FOIA

---

**From:** Katie Shepherd [mailto:KShepherd@immcouncil.org]
**Sent:** Tuesday, May 8, 2018 14:58
**To:** ice-foia@dhs.gov
**Cc:** Walsh, John <John.Walsh@wilmerhale.com>; Qian, Ni <Ni.Qian@wilmerhale.com>; Atkins, Clint <Clint.Atkins@wilmerhale.com>; Emily Creighton <ECreighton@immcouncil.org>; Hilda Bonilla <HBonilla@immcouncil.org>
**Subject:** FOIA Request | Follow Up | DHS-ICE

Dear Ms. Pavlik-Keenan:

I write to follow up on a FOIA request filed on April 3, 2018. A copy of the request is attached to this email.

Federal agencies are required to respond to a FOIA request within 20 business days (excluding Saturdays, Sundays, and legal holidays), absent "unusual circumstances." 5 U.S.C. Secs. 552(a)(6)(A)(i), (B)(i). To date, we have received no correspondence from your office relating to this request.

Please advise whether your office intends to comply with the request pursuant to FOIA, and whether the applicable records will be made "promptly available" as required by the Act.

Thank you in advance for your prompt attention.

Katie Shepherd

**Kathryn E. Shepherd, Esq.***
*National Advocacy Counsel, Immigration Justice Campaign*
202-507-7511 | kshepherd@immcouncil.org

**American Immigration Council**
1331 G Street NW, Suite 200
Washington, DC 20005
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com

*Admitted only in Texas and New York.*