# Exhibit F

| | |
|---|---|
| **From:** | Katie Shepherd |
| **To:** | "foia@hq.dhs.gov" |
| **Cc:** | Walsh, John; "Qian, Ni"; Emily Creighton; Hilda Bonilla; Atkins, Clint |
| **Subject:** | FOIA Request \| Follow Up \| DHS |
| **Date:** | Tuesday, May 08, 2018 3:02:00 PM |
| **Attachments:** | FINAL_DHS.pdf |

Dear Mr. Kaplan:

I write to follow up on a FOIA request filed on April 3, 2018. A copy of the request is attached to this email.

Federal agencies are required to respond to a FOIA request within 20 business days (excluding Saturdays, Sundays, and legal holidays), absent "unusual circumstances."  5 U.S.C. Secs. 552(a)(6)(A)(i), (B)(i). To date, we have received no correspondence from your office relating to this request.

Please advise whether your office intends to comply with the request pursuant to FOIA, and whether the applicable records will be made "promptly available" as required by the Act.

Thank you in advance for your prompt attention.

Katie Shepherd

**Kathryn E. Shepherd, Esq.\***
*National Advocacy Counsel, Immigration Justice Campaign*
202-507-7511 \| kshepherd@immcouncil.org

**American Immigration Council**
1331 G Street NW, Suite 200
Washington, DC 20005
www.AmericanImmigrationCouncil.org
www.ImmigrationImpact.com

*\*Admitted only in Texas and New York.*