# Exhibit G

**From:** CBPFOIA@cbp.dhs.gov
**To:** Katie Shepherd
**Subject:** FOIA Request CBP-2018-054288 Submitted
**Date:** Tuesday, May 08, 2018 4:07:30 PM

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: CBP-2018-054288
- Requester Name: Kathryn Shepherd
- Date Submitted: 05/08/2018
- Request Status: Submitted
- Description: Dear Ms. Hoskins: I write to follow up on a FOIA request filed on April 3, 2018. A copy of the previously submitted request is attached to this email. Federal agencies are required to respond to a FOIA request within 20 business days (excluding Saturdays, Sundays, and legal holidays), absent "unusual circumstances." 5 U.S.C. Secs. 552(a)(6)(A)(i), (B)(i). Please advise whether your office intends to comply with the request pursuant to FOIA, and whether the applicable records will be made "promptly available" as required by the Act. Thank you in advance for your prompt attention. Katie Shepherd National Advocacy Counsel Immigration Justice Campaign American Immigration Council