# Exhibit H.1

| | |
|---|---|
| **From:** | CBPFOIA@cbp.dhs.gov |
| **To:** | Katie Shepherd |
| **Subject:** | CBP-OFO-2018-044497 - Status letter |
| **Date:** | Wednesday, May 30, 2018 10:23:51 AM |
| **Attachments:** | CBP-OFO-2018-044497 - Status letter.pdf |

05/30/2018

Kathryn Shepherd

1331 G street NW, Suite 200 Washington DC 20005

Dear Kathryn Shepherd

The U.S. Customs and Border Protection (CBP) Freedom of Information Act (FOIA) Division received your letter inquiring about a FOIA request that you previously submitted to CBP reference FOIA number CBP-OFO-2018-044497.

This letter is to confirm that your FOIA request has been received by CBP and will be processed in the order it was received.  Once responsive records are available, you will be notified electronically by CBP FOIA that records are available to view via your FOIAonline account.  If you already have a FOIAonline account, you can view or print responsive records from your account.  If you do not already have a FOIAonline account, please create one by taking the following steps:

- Simply go to your search engine (i.e., google, etc.) and type FOIAonline, then hit enter, that will take you to the FOIAonline site.
- From there, press the green button on the right "Create an Account" and follow the prompts to create a FOIAonline account.

Submitting a FOIA request online is the preferred method (vs. postal mail) for many reasons:

- You immediately receive a unique FOIA tracking number and acknowledgment that your FOIA request was received by CBP.
- You can track your FOIA request any day/any time through your FOIAonline account.
- When responsive records become available, you receive an email letting you know records can be viewed via your FOIAonline account,
- You can view all of your historical FOIA requests via the "dashboard" in your FOIAonline account.

In the future, please use your FOIAonline account to submit future FOIA requests to CBP. Please note that all FOIA requests for official travel records on an individual must include 1) the subject's name, 2) the subject's date of birth, and 3) third party consent.  If this information is not provided with the original FOIA request, it will be considered "insufficient", and will not be processed.

Finally, the CBP FOIA office has a significant backlog of FOIA requests.  The expected response time for a FOIA request for travel documents is 3-6 months.   If you do not receive a response to your FOIA request within 20 business days, please do not resubmit the same FOIA

request as it creates further delays.  We are working very hard to clear the FOIA backlog and we thank you in advance for your cooperation.

CBP FOIA Division