UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                            )
AMERICAN IMMIGRATION        )
COUNCIL,                    )
                            )
            Plaintiff,      )
                            )
    v.                      )   Civil Action No. 18-1531 (RCL)
                            )
U.S. IMMIGRATIONS &         )
CUSTOMS ENFORCEMENT         )
et al.,                     )
                            )
            Defendants.     )
_____ )

## [~~PROPOSED~~] ORDER

In consideration of Defendants' Motion to Stay Proceedings in Light of Lapse of Appropriations, *and the opposition thereto,* it is hereby ORDERED that the motion is GRANTED and all deadlines are stayed.

It is FURTHER ORDERED that all current deadlines for the parties shall be extended commensurate with the calendar day duration of the lapse in appropriations and Defendant's counsel shall notify the Court within fourteen days of Congress appropriating funds for the Justice Department.

_____
DISTRICT COURT JUDGE