UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN IMMIGRATION COUNCIL,

Plaintiff,

v.

U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,

Defendants.

Civil Action No. 18-1531 (RCL)

**ORDER**

UPON CONSIDERATION of the parties' April 24, 2025, Joint Status Report, and the entire record in this case, it is hereby

ORDERED that the parties shall file another joint status report on June 24, 2025, updating the Court on the processing of Plaintiff's FOIA requests.

The Court cautions that "Substantial efforts" to comply with a court-ordered deadline does not sound like you are listening to what the court is telling you about a 2018 case!

SO ORDERED.

Date: 6 May 2025

Royce C. Lamberth
United States District Judge