UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-1531 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 5, 2025, Order (ECF No. 106), Plaintiff American Immigration Council ("Plaintiff") and Defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP") and the U.S. Department of Homeland Security ("DHS") (collectively, "Defendants"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

The Court ordered, *inter alia*, that the parties propose a schedule for expedited briefing of any issues on the merits, and that any request for attorney's fees may be separately handled. *See* Aug. 5, 2025 Order (ECF No. 106).

Plaintiff has completed its review of Defendants' productions and the parties have completed their discussions regarding any issues relating to the merits (i.e., Defendants' withholdings). In light of Defendants' performance of additional searches and production of certain material, Plaintiff agrees that briefing on the merits is not warranted. As such the parties have narrowed the remaining issue to any request for attorney's fees. The parties request additional

time to meet-and-confer regarding this remaining issue and attempt to resolve this matter without judicial intervention.

In light of the above information, the parties respectfully propose filing a subsequent joint status report on September 16, 2025, to update the Court on the status of the remaining issue, with a proposed schedule for briefing on any request for attorney's fees, or whether the parties anticipate being able to stipulate to dismiss this matter.

Dated: August 14, 2025                                              Respectfully submitted,

*/s/ Amanda L. Major*                                               JEANINE FERRIS PIRRO
Amanda L. Major (Bar No. 495968)                                    United States Attorney
David P. Yin (*pro hac vice*)
WILMER CUTLER PICKERING                               By:     */s/ Stephanie R. Johnson*
  HALE & DORR LLP                                             STEPHANIE R. JOHNSON
2100 Pennsylvania Avenue NW                                   D.C. Bar #1632338
Washington, D.C. 20037                                        Assistant United States Attorney
(202) 663-6000                                                601 D Street, N.W.
amanda.major@wilmerhale.com                                   Washington, D.C. 20530
david.yin@wilmerhale.com                                      (202) 252-7874
                                                              Stephanie.Johnson5@usdoj.gov

Raul A. Pinto (Bar No. 90013180)
AMERICAN IMMIGRATION COUNCIL                          *Attorneys for the United States of America*
2001 L Street N.W.
Suite 500, PMB2026
Washington, DC 20036
(202) 507-7549
rpinto@immcouncil.org

*Attorneys for Plaintiff American Immigration Council*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-1531 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' August 14, 2025, Joint Status Report, and the entire record in this case, it is hereby

ORDERED that the parties shall file another joint status report on September 16, 2025.

SO ORDERED.

_____          _____
Dated                                                                       Royce C. Lamberth
                                                                                       United States District Judge