**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, **)** | |
| **)** | |
| Plaintiff, **)** | |
| **)** | |
| v. **)** | Civil Action No. 18-1531 (RCL) |
| **)** | |
| U.S. IMMIGRATION & CUSTOMS **)** | |
| ENFORCEMENT, et al., **)** | |
| **)** | |
| Defendants. **)** | |
| **)** | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff American Immigration Council ("Plaintiff") and Defendants U.S. Immigration and Customs Enforcement ("ICE"), U.S. Customs and Border Protection ("CBP") and the U.S. Department of Homeland Security ("DHS") (collectively, "Defendants"), by and through their respective undersigned counsel, respectfully submit this Notice to apprise the Court of a recent development in this Freedom of Information Act case.

The parties have been working diligently to reach an amicable resolution that would avoid the need for further litigation. After further discussions, on March 3, 2026, the parties finally reached a settlement in principle. Defendants are now working on the settlement documentation. The settlement documentation will require formal approval by the parties, including the relevant Department of Justice authority, which may take time to obtain.

\*       \*       \*

2

In light of all of the above, unless the parties file an appropriate stipulation of voluntary dismissal, the parties will update the Court of the parties' settlement efforts by no later than April 2, 2026.

Dated: March 4, 2026

*/s/ Amanda L. Major*
Amanda L. Major (Bar No. 495968)
David P. Yin (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE & DORR LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
(202) 663-6000
amanda.major@wilmerhale.com
david.yin@wilmerhale.com

Raul A. Pinto (Bar No. 90013180)
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W.
Suite 500, PMB2026
Washington, DC 20036
(202) 507-7549
rpinto@immcouncil.org

*Attorneys for Plaintiff American Immigration Council*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Stephanie R. Johnson*
       STEPHANIE R. JOHNSON
       D.C. Bar #1632338
       Assistant United States Attorney
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 252-7874
       Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

2